UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
        RICHARD LUNDBERG,
                              Plaintiff,

                 -against-                          22-CV-167 (VSB)

        FEDERAL EXPRESS CORPORATION,             **ORDER**

                             Defendant.
------------------------------------------------------------X

<u>VERNON S. BRODERICK</u>, United States District Judge:

       On June 23, 2022, the parties filed a proposed protective order and a proposed stipulation and order regarding issues of confidentiality in document production and privilege in this action. (Docs. 18–19.) To the extent these proposed orders seek to vary the procedures set forth in my Individual Rule 5.B for requests to file documents under seal or with redactions, they will not be adopted. My Individual Rule 5.B will govern all requests to file documents under seal in this action. Accordingly, by July 6, 2022, the parties may file new versions of the aforementioned proposed orders with revisions that ensure my Individual Rule 5.B governs. If the parties fail to file new versions, I will enter versions of the proposed orders with the revisions I deem necessary.

SO ORDERED.

Dated:    June 27, 2022
             New York, New York

                                                              Vernon S. Broderick
                                                               United States District Judge