UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
:
RICHARD LUNDBERG,                                           :
                         Plaintiff,            :
:
           -against-                                   :                    22-CV-167 (VSB)
:
FEDERAL EXPRESS CORPORATION,                  :                    **ORDER**
:
                         Defendant.           :
------------------------------------------------------------X

<u>VERNON S. BRODERICK</u>, United States District Judge:

       On March 29, 2022, I entered a Case Management Plan and Scheduling Order stating that the post-discovery conference in this matter would be held on November 10, 2022, at 11:00 am. (Doc. 16.)  In light of a likely scheduling conflict, it is hereby

       ORDERED that the post-discovery conference in this matter is RESCHEDULED and will be held on November 4, 2022, at 4:45 pm.  This conference will be held via telephone using the dial-in 888-363-4749 and the access code 2682448.

       IT IS FURTHER ORDERED that, by November 1, 2022, the parties must submit a joint letter updating the Court on the status of the case, including but not limited to whether either party intends to file a dispositive motion, what efforts the parties have made to settle the action, whether any discovery disputes remain outstanding, and whether the parties request referral to a Magistrate Judge for settlement purposes.  If either party contemplates filing a dispositive motion, the parties should be prepared to discuss a briefing schedule at the post-discovery conference.

SO ORDERED.

Dated:   July 8, 2022
         New York, New York

                                                          _____
                                                          Vernon S. Broderick
                                                          United States District Judge