UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
RICHARD LUNDBERG on his own behalf and
on behalf of those similarly situated,

                Plaintiffs,

      -against-

FEDERAL EXPRESS CORPORATION,

                Defendant.
------------------------------------------------------------X

22-CV-167 (VSB)

**ORDER**

<u>VERNON S. BRODERICK, United States District Judge</u>:

      It has been reported to the Court that the parties in this case have reached a settlement agreement. Accordingly, it is hereby:

      ORDERED that the above-captioned action is discontinued without costs to any party and without prejudice to restoring the action to this Court's docket if the application to restore the action is made within thirty (30) days. In light of this Order, the parties may disregard the order at docket entry 37.

SO ORDERED.

Dated: January 31, 2023
       New York, New York

                                                    Vernon S. Broderick
                                                    United States District Judge